**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000850
13-APR-2017
09:15 AM**

NO. CAAP-16-0000850

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellant, v.
ASPEN WITTE, Defendant-Appellee.

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-CR. NO. 15-1-13K)

ORDER APPROVING THE APRIL 3, 2017
"STIPULATION TO WITHDRAW AND DISMISS APPEAL"
AND
DISMISSING AS MOOT ALL PENDING MOTIONS IN CAAP-16-0000850
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation to Withdraw and Dismiss Appeal, filed April 3, 2017, by Plaintiff-Appellant State of Hawaiʻi, it appears that (1) the appeal was docketed on January 31, 2017; (2) the parties stipulate to withdraw and dismiss the appeal, pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by HRAP Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawai'i, April 13, 2017.

Presiding Judge

Associate Judge

Associate Judge